Joel E. Tasca
Nevada Bar No. 14124
Stacy H. Rubin
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail:  tasca@ballardspahr.com
E-mail:  rubins@ballardspahr.com

*Attorneys for Defendant Kimball, Tirey & St. John LLP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY STEPHEN LAMARSH,<br><br>Plaintiff,<br><br>v.<br><br>KIMBALL, TIREY & ST. JOHN LLP, A FOREIGN LIMITED LIABILITY PARTNERSHIP; EQUIFAX INFORMATION SERVICES, LLC, A FOREIGN LIMITED LIABILITY COMPANY; A FOREIGN CORPORATION AND TRANS UNION LLC, A FOREIGN LIMITED LIABILITY COMPANY,<br><br>Defendants. | CASE NO. 2:20-cv-00817-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT KIMBALL, TIREY & ST. JOHN LLP TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff Gary Stephen LaMarsh ("Plaintiff") and Defendant Kimball, Tirey & St. John LLP ("KTS")[1] stipulate and agree that KTS has up to and including August 7, 2020, to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for KTS to prepare a response.

*[Continued on the following page.]*

---

[1] By filing this Stipulation, KTS is not waiving any defense, affirmative or otherwise, it may have in this matter.

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 23rd day of June, 2020.

| COGBURN LAW | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Erik W. Fox<br>    Jamie S. Cogburn, Esq.<br>    Nevada Bar No. 8409<br>    Erik W. Fox, Esq.<br>    Nevada Bar No. 8804<br>    2580 St. Rose Parkway, Suite 330<br>    Henderson, Nevada 89074 | By: /s/ Stacy H. Rubin<br>    Joel E. Tasca, Esq.<br>    Nevada Bar No. 14124<br>    Stacy H. Rubin, Esq.<br>    Nevada Bar No. 9298<br>    1980 Festival Plaza Drive, Suite 900<br>    Las Vegas, Nevada 89135 |
| *Attorneys for Plaintiff Gary Stephen LaMarsh* | *Attorneys for Defendant Kimball, Tirey & St. John LLP* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 24, 2020

2