COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY STEPHEN LAMARSH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBALL, TIREY & ST. JOHN, LLP, a Foreign Limited-Liability Partnership; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case Number<br>2:20-cv-00817-KJD-NJK<br><br>**ORDER ON**<br>**<u>JOINT MOTION DISMISSING</u>**<br>**<u>ACTION WITH PREJUDICE AS TO</u>**<br>**<u>DEFENDANT KIMBALL, TIREY &</u>**<br>**<u>ST. JOHN LLP ONLY</u>** |

Plaintiff, Gary S. LaMarsh ("Plaintiff") and Defendant, Kimball, Tirey & St. John LLP, by and through their respective attorneys of record, request that the above-captioned matter be

. . .

. . .

. . .

dismissed with prejudice as to Kimball, Tirey & St. John LLP only, pursuant to FRCP 41(a)(2).

Each party shall bear its own attorney fees and costs incurred herein.

| Dated this 24th day of September, 2020. | Dated this 24th day of September, 2020. |
|---|---|
| **COGBURN LAW** | **BALLARD SPAHR LLP** |
| By: */s/Erik W. Fox* | By: */s/Stacy H. Rubin* |
| Jamie S. Cogburn, Esq.<br>Nevada Bar No. 8409<br>Erik W. Fox, Esq.<br>Nevada Bar No. 8804<br>2580 St. Rose Parkway, Suite 330<br>Henderson, Nevada 89074<br>*Attorneys for Plaintiff* | Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Stacy H. Rubin, Esq.<br>Nevada Bar No. 9298<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, NV 89135<br>*Attorneys for Kimball, Tirey & St. John LLP* |

**No opposition having been filed,**

    **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**October 15, 2020**
_____
DATE