1  COGBURN LAW
   Jamie S. Cogburn, Esq.
2  Nevada Bar No. 8409
   jsc@cogburncares.com
3  Erik W. Fox, Esq.
   Nevada Bar No. 8804
4  ewf@cogburncares.com
   2580 St. Rose Parkway, Suite 330
5  Henderson, Nevada 89074
   Telephone: (702) 748-7777
6  Facsimile: (702) 966-3880
   *Attorneys for Plaintiff*

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10 GARY STEPHEN LAMARSH, an individual,         Case Number:
                                                2:20-cv-00817-KJD-NJK
11                     Plaintiff,

12     vs.

13 KIMBALL, TIREY & ST. JOHN, LLP, a            **STIPULATION OF DISMISSAL OF**
   Foreign Limited-Liability Partnership;      **DEFENDANT TRANS UNION LLC**
14 EQUIFAX INFORMATION SERVICES                 **WITH PREJUDICE**
   LLC, a Foreign Limited-Liability Company;
15 EXPERIAN INFORMATION SOLUTIONS,
   INC., a Foreign Corporation; and TRANS
16 UNION LLC, a Foreign Limited-Liability
   Company,
17
                       Defendant.
18

19     IT IS HEREBY STIPULATED by and between Plaintiff, Gary Stephen LaMarsh

20 ("Plaintiff") and Defendant, Trans Union LLC ("Defendant"), by and through their respective

21 attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-captioned

22 . . .

23 . . .

24 . . .

matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 14th day of April, 2021.

COGBURN LAW

By: */s/Erik W. Fox*
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

Dated this 14th day of April, 2021.

QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.

By: */s/Jennifer Bergh*
    Jennifer Bergh, Esq.
    Nevada Bar No. 14480
    2001 Bryan Street, Suite 1800
    Dallas, Texas 75201
    *Attorneys for Trans Union LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

4/15/2021
DATE